# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Timothy Erwin,

    Plaintiff,

                              Case No. 1:16cv1166

    v.                           Judge Michael R. Barrett

Village of Morrow, Ohio,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[X]**     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[ ]**     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:   The jury finds in favor of the Plaintiff with an award of total damages in the amount of $781,500.00.   This matter is closed.

Date: May 13, 2021                      Richard W. Nagel, Clerk
                                          Clerk

                              By:     *S/Barbara A. Crum*
                                         Deputy Clerk