UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Timothy Erwin,

    Plaintiff,

v.                                         Case No. 1:16cv1166

Village of Morrow, Ohio,               Judge Michael R. Barrett

    Defendant.

## CIVIL MINUTES

**HONORABLE MICHAEL R. BARRETT, UNITED STATES DISTRICT JUDGE**
**COURTROOM DEPUTY:** Krista Zeller
**LAW CLERK:** Lindsay Littleton
**COURT REPORTER:** Maryann Maffia, Official
**DATE:** October 14, 2021     **TIME:** 2:07-3:10

| Attorney for Plaintiff(s) | Attorney for Defendant(s): |
|---|---|
| James Whitaker, Jr. | Dawn Frick |
| Carolyn Betts | Christopher Herman |

### WITNESSES

### PROCEDURES

✓ Counsel Present.
✓ Motions heard: Mtn. Post Judgment Interest (Doc. 147), Mtn. for Judgment (Doc. 136), Mtn. for Attorney Fees (Doc. 134), Mtn to Stay (Doc. 137), Mtn. to Alter Judgment (Doc. 135)
✓ Court's decision to follow.
___ Court ordered in open court that_____

Remarks:
Attorney for Plaintiff to provide copy of Settlement Agreement to Law Clerk (LC2)

Defense counsel to update Court on whether client is open to continuing settlement discussions.