**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Timothy Erwin,

    Plaintiff,

v.                                      Case No. 1:16-cv-01166

Village of Morrow, Ohio,             Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to notification by the parties on November 18, 2021, this matter is resolved. Consequently, it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, provided that the parties may, upon good cause shown within sixty (60) days, reopen the action. The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                              _s/Michael R. Barrett_
                                            Michael R. Barrett, Judge
                                            United States District Court